IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BOBBY L. WILLIAMS                                                                    PLAINTIFF

v.                                                       CIVIL ACTION NO. 1:18-CV-412-HSO-JCG

JEFFREY BARTLAM and
SHALE SUPPORT SERVICES, LLC                                              DEFENDANTS

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for hearing on Motion of the parties *ore tenus* to dismiss the Plaintiff's cause of action against Defendants, Jeffrey Bartlam and Shale Support Services, LLC, with prejudice, and this Court, having considered the same and being fully advised in the premises, that all claims or causes of action have been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's cause of action against Defendants, Jeffrey Bartlam and Shale Support Services, LLC, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 27th day of March, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Agreed To:

*s/E. Bragg Williams, III*
E. BRAGG WILLIAMS, III, ESQ.
ATTORNEY FOR PLAINTIFF

Prepared by:

*s/Kristi Rogers Brown*
KRISTI ROGERS BROWN - MS BAR #101989
kbrown@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
1712 15TH STREET, SUITE 400
GULFPORT, MS 39502-0416
TELEPHONE:  (228) 864-8117
FACSIMILE:   (228) 864-6331
ATTORNEY FOR DEFENDANTS, JEFFREY BARTLAM
AND SHALE SUPPORT SERVICES, LLC